■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DON VASQUEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered November 9, 1983, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The sentence imposed upon the defendant was well within the bounds of the sentencing court's discretion and we do not find a downward modification to be warranted under the facts and circumstances of this case *(see, People v Suitte,* 90 AD2d 80). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.